Roberts et al., Appellants, *v.* Washington Trust Company.

Argued October 5, 1936. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*R. H. Locke,* for appellants.

*Harry F. Moore,* for appellee, was not heard.

PER CURIAM, October 7, 1936:

The questions raised by this appeal were decided in *Roberts v. Washington Trust Co.,* 313 Pa. 584, with the possible exception of the President Judge declining to participate in the trial of the case. His action was per-

fectly proper. Judge CUMMINS and Judge HUGHES constituted the remainder of the court and they disposed of the questions: *Crawford's Estate,* 307 Pa. 102, 105.

Judgment affirmed at the cost of appellants.